**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Delores ENOS, Defendant–Appellant.**

**No. 09–10024.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Alison Sue Bachus, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Thomas M. Hoidal, Esquire, Hoidal & Hannah, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Delores Enos appeals from the district court's order denying her motion to modify a condition of probation that prohibits her from having contact with children under the age of 13 without prior permission from the court. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Enos contends that the district court erred by declining to modify the condition of probation because the condition is dif-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ferent from that to which the parties stipulated in her Rule 11(c)(1)(C) plea agreement. The district court did not err in denying Enos' motion to modify the conditions of her probation. *See* 18 U.S.C. § 3563(c).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.